# SEALED MATTER

| | |
|---|---|
| **CASE NUMBER** | Case: 2:11-mc-50873<br>Judge: Lawson, David M.<br>Filed: 07-12-2011 At 11:03 AM<br>_____ Sealed Matter (ml) |
| **DEFENDANT NO** | _____ |
| **CASE TYPE** | ____ CR      ____ CV      ✓ MC |
| | ____ MW     ____ PO      ____ MJ |
| **DISTRICT JUDGE** | Lawson |
| **SIGNED BY JUDICIAL OFFICER** | R. STEVEN WHALEN |
| **NEW CASE** | ____ YES ____ NO |

## DOCUMENT PLACED IN VAULT
TIME STAMP IN THIS BLANK AREA